1
2
3
4
5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

8
| | |
|---|---|
| JOHN LYNINGER,           )  | |
|           Plaintiff,         )  | |
|           )    | 3:10-cv-00504-RCJ-RAM |
| vs.           )  | |
| JIM MOTSINGER et al.,       )  | **ORDER** |
|           Defendants.        )  | |

This case arises out of alleged age discrimination in employment. The Court has dismissed the case and denied a motion to reconsider. Plaintiff failed to attend either hearing but has now filed a motion entitled "Verified Motion for Explanation of Absolutely no Hearing Dates Whatsoever Given to this Pro Se Plaintiff." (ECF No. 133). The docket indicates that notice of both hearings was sent to Plaintiff at 5878 Foggy Ct., Sun Valley, NV 89433. There is no indication in the record of any failure of delivery, and Plaintiff adduces no such evidence. The Foggy Ct. address is Plaintiff's current address as listed in the docket and as Plaintiff himself has included in the present motion.

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion (ECF No. 133) is DENIED.

IT IS SO ORDERED.

Dated this 22nd day of July, 2011.

_____
ROBERT C. JONES
United States District Judge